Same case below, 388 U.S. App. D.C. 435, 588 F.3d 1109.

**No. 09-1487. Robert O'Conor, Jr., Petitioner v. Frost National Bank.**

562 U.S. 836, 131 S. Ct. 155, 178 L. Ed. 2d 39, 2010 U.S. LEXIS 5765.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, First District, denied.

**No. 09-1489. Food Movers International, Inc., Petitioner v. Diamond Crystal Brands, Inc., et al.**

562 U.S. 836, 131 S. Ct. 158, 178 L. Ed. 2d 39, 2010 U.S. LEXIS 5846.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 593 F.3d 1249.

**No. 09-1491. Leland C. Gautier, Petitioner v. Justin Jones, Director, Oklahoma Department of Corrections.**

562 U.S. 836, 131 S. Ct. 159, 178 L. Ed. 2d 39, 2010 U.S. LEXIS 5936.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 364 Fed. Appx. 422.

**No. 09-1493. William Lloyd Lightner, Petitioner v. Alabama.**

562 U.S. 836, 131 S. Ct. 159, 178 L. Ed. 2d 39, 2010 U.S. LEXIS 5780.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 64 So. 3d 1158.

**No. 09-1494. Michael Kleinman, et al., Petitioners v. City of San Marcos, Texas.**

562 U.S. 837, 131 S. Ct. 159, 178 L. Ed. 2d 39, 2010 U.S. LEXIS 5847.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 597 F.3d 323.

**No. 09-1495. John Van Salisbury, Petitioner v. United States, et al.**

562 U.S. 837, 131 S. Ct. 159, 178 L. Ed. 2d 39, 2010 U.S. LEXIS 5832.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 368 Fed. Appx. 310.

**No. 09-1496. Delano Farms Company, et al., Petitioners v. California Table Grape Commission.**

562 U.S. 837, 131 S. Ct. 159, 178 L. Ed. 2d 39, 2010 U.S. LEXIS 5805.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 586 F.3d 1219.